# Exhibit A

Case 2:24-cv-00105-JCZ-JVM Document 1-3 Filed 01/10/24 Page 1 of 2

