# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-078-327**

**Effective Date of Registration:**
November 27, 2017

## Title

**Title of Work:** Group Registration of Published Photographs- Julie Dermansky; 2010 photos; all published 7.22.10-12.31.10; 654 photos

**Content Title:**  104205_20100709-IMG_7792-1.jpg
104416_20100709-IMG_7959-Edit-1.jpg
104448_20100709-IMG_7824-Edit_10-35-32-1.jpg
104600_20100710-IMG_7472-1.jpg
104635_20100713-IMG_7616.jpg
104847_20100713-IMG_8125-1.jpg
105038_20100713-IMG_8105-1.jpg
105038_20100713-IMG_8105.jpg
105251_20100713-IMG_8186-1.jpg
105551_20100714-IMG_7678-1.jpg
105645_20100714-IMG_7710-1.jpg
Anti BP Art01.jpg
Anti BP Art02.jpg
Anti BP Art03.jpg
Anti BP Art04.jpg
Anti BP Art05.jpg
Anti BP Art06.jpg
Anti BP Art07.jpg
Anti BP Art08.jpg
Anti BP Art09.jpg
Anti BP Art10.jpg
Anti BP Art11.jpg
Anti BP Art12.jpg, 7.22.10

20100722-IMG_8543.jpg
20100722-IMG_8608.jpg
20100722-IMG_8653-Edit.jpg
20100722-IMG_8655-Edit.jpg
20100722-IMG_8727.jpg
20100722-IMG_8785.jpg
20100825-IMG_2316.jpg, 7.23.10

20100722-IMG_8658.jpg
20100722-IMG_8834-2.jpg
20100722-IMG_8856.jpg
20100722-IMG_8864.jpg
20100723-IMG_8690.jpg
20100723-IMG_8701.jpg
20100723-IMG_8740.jpg
20100723-IMG_8787.jpg

20100723-IMG_8800.jpg
20100723-IMG_8855.jpg
20100723-IMG_8891.jpg
20100723-IMG_8906.jpg
20100723-IMG_8914.jpg
20100727-IMG_8874.jpg
20100727-IMG_8901.jpg
20100728-IMG_9113-Edit.jpg
20100728-IMG_9156.jpg
New Orleans Police02.jpg
New Orleans Police43.jpg
New Orleans Police44.jpg, 8.1.10

Screen Shot 2017-10-31 at 12.00.07 AM.png
Screen Shot 2017-10-31 at 12.00.15 AM.png
Screen Shot 2017-10-31 at 12.00.38 AM.png
Screen Shot 2017-10-31 at 12.00.46 AM.png, 8.1.10

Dead Dolphin Post- BP Spill01.jpg
Dead Dolphin Post- BP Spill02.jpg
Dead Dolphin Post- BP Spill03.jpg
Dead Dolphin Post- BP Spill04.jpg
Dead Dolphin Post- BP Spill05.jpg
Dead Dolphin Post- BP Spill06.jpg
Dead Dolphin Post- BP Spill07.jpg
Dead Dolphin Post- BP Spill08.jpg, 8.7.10

Waterspout01.jpg
Waterspout02.jpg
Waterspout03.jpg
Waterspout04.jpg
Waterspout05.jpg, 8.10.10

20100807-IMG_0138-Edit.jpg
20100807-IMG_0141.jpg
20100807-IMG_0185-2.jpg
20100807-IMG_0200-2.jpg
20100807-IMG_0229-2-Edit.jpg
20100807-IMG_0345.jpg
20100807-IMG_0376.jpg
20100808-IMG_0380.jpg
Louisiana Wetalnds Landscape -88.jpg, 8.14.10

20100626-IMG_6191.jpg
20100626-IMG_6205.jpg
20100626-IMG_6249-Edit.jpg, 8.15.10

Post Katrina Blight In NOLA61.jpg
Post Katrina Blight In NOLA62.jpg
Post Katrina Blight In NOLA63.jpg, 8.15.10

114349_untitled_2.jpg
114415_untitled-3_2.jpg
114446_untitled-24_2.jpg
114516_untitled-20_2.jpg
114632_untitled-4.jpg
114821_untitled-5.jpg
115311_untitled-21_2.jpg



120345_untitled-6.jpg
120629_untitled-16.jpg
120832_untitled-17_2.jpg
121150_untitled-7.jpg
121501_untitled-8.jpg
121701_untitled-13.jpg
121808_untitled-9.jpg
122058_untitled-10.jpg
122356_untitled-11.jpg
122455_untitled-15.jpg
122652_untitled-14.jpg
123009_untitled-22_2.jpg, 8.24.10

022326_hot_dog_stand.JPG
022635_ride_to_nowhere.JPG
123817_clown-1.JPG
125132_half_statue.JPG, 8.28.10

Six Flags New Orleans 01.jpg
Six Flags New Orleans 02.jpg
Six Flags New Orleans 03.jpg
Six Flags New Orleans 04.jpg
Six Flags New Orleans 05.jpg
Six Flags New Orleans 06.jpg
Six Flags New Orleans 07.jpg
Six Flags New Orleans 08.jpg
Six Flags New Orleans 09.jpg
Six Flags New Orleans 10.jpg
Six Flags New Orleans 100.jpg
Six Flags New Orleans 101.jpg
Six Flags New Orleans 102.jpg
Six Flags New Orleans 103.jpg
Six Flags New Orleans 104.jpg
Six Flags New Orleans 105.jpg
Six Flags New Orleans 106.jpg
Six Flags New Orleans 107.jpg
Six Flags New Orleans 11.jpg
Six Flags New Orleans 12.jpg
Six Flags New Orleans 13.jpg
Six Flags New Orleans 14.jpg
Six Flags New Orleans 15.jpg
Six Flags New Orleans 16.jpg
Six Flags New Orleans 17.jpg
Six Flags New Orleans 18.jpg
Six Flags New Orleans 19.jpg
Six Flags New Orleans 21.jpg
Six Flags New Orleans 22.jpg
Six Flags New Orleans 23.jpg
Six Flags New Orleans 24.jpg
Six Flags New Orleans 25.jpg
Six Flags New Orleans 26.jpg, 8.28.10

Six Flags New Orleans 27.jpg
Six Flags New Orleans 28.jpg
Six Flags New Orleans 29.jpg
Six Flags New Orleans 30.jpg
Six Flags New Orleans 31.jpg
Six Flags New Orleans 32.jpg

Six Flags New Orleans 33.jpg
Six Flags New Orleans 34.jpg
Six Flags New Orleans 35.jpg
Six Flags New Orleans 36.jpg
Six Flags New Orleans 37.jpg
Six Flags New Orleans 38.jpg
Six Flags New Orleans 39.jpg
Six Flags New Orleans 41.jpg
Six Flags New Orleans 43.jpg
Six Flags New Orleans 44.jpg
Six Flags New Orleans 45.jpg
Six Flags New Orleans 46.jpg
Six Flags New Orleans 47.jpg
Six Flags New Orleans 48.jpg
Six Flags New Orleans 49.jpg
Six Flags New Orleans 50.jpg
Six Flags New Orleans 51.jpg
Six Flags New Orleans 52.jpg
Six Flags New Orleans 53.jpg
Six Flags New Orleans 54.jpg
Six Flags New Orleans 55.jpg
Six Flags New Orleans 56.jpg
Six Flags New Orleans 57.jpg
Six Flags New Orleans 58.jpg, 8.28.10

Six Flags New Orleans 59.jpg
Six Flags New Orleans 60.jpg
Six Flags New Orleans 61.jpg
Six Flags New Orleans 62.jpg
Six Flags New Orleans 63.jpg
Six Flags New Orleans 64.jpg
Six Flags New Orleans 65.jpg
Six Flags New Orleans 66.jpg
Six Flags New Orleans 67.jpg
Six Flags New Orleans 68.jpg
Six Flags New Orleans 69.jpg
Six Flags New Orleans 70.jpg
Six Flags New Orleans 71.jpg
Six Flags New Orleans 72.jpg
Six Flags New Orleans 73.jpg
Six Flags New Orleans 74.jpg
Six Flags New Orleans 75.jpg
Six Flags New Orleans 76.jpg
Six Flags New Orleans 77.jpg
Six Flags New Orleans 78.jpg
Six Flags New Orleans 79.jpg
Six Flags New Orleans 80.jpg
Six Flags New Orleans 81.jpg
Six Flags New Orleans 82.jpg
Six Flags New Orleans 83.jpg
Six Flags New Orleans 84.jpg
Six Flags New Orleans 85.jpg
Six Flags New Orleans 86.jpg
Six Flags New Orleans 87.jpg
Six Flags New Orleans 88.jpg, 8.28.10

Six Flags New Orleans 89.jpg
Six Flags New Orleans 90.jpg



Six Flags New Orleans 91.jpg
Six Flags New Orleans 92.jpg
Six Flags New Orleans 93.jpg
Six Flags New Orleans 94.jpg
Six Flags New Orleans 95.jpg
Six Flags New Orleans 96.jpg
Six Flags New Orleans 97.jpg
Six Flags New Orleans 98.jpg
Six Flags New Orleans 99.jpg, 8.28.10

Bird Impacts by BP oil spill20100815-IMG_0661-Edit.jpg
BP oil from spill01.jpg
BP oil from spill02.jpg
BP oil from spill03.jpg
BP oil from spill04.jpg
BP oil from spill05.jpg
BP oil spill in Bay Jimmy01.jpg
BP oil spill in Bay Jimmy02.jpg
BP oil spill in Bay Jimmy03.jpg
BP oil spill in Bay Jimmy04.jpg
BP oil spill in Bay Jimmy05.jpg
BP oil spill in Bay Jimmy06.jpg
BP oil spill in Bay Jimmy07.jpg
BP oil spill in Bay Jimmy08.jpg
BP oil spill in Bay Jimmy09.jpg
BP oil spill in Bay Jimmy10.jpg
BP oil spill in Bay Jimmy11.jpg
BP oil spill in Bay Jimmy12.jpg
BP oil spill in Bay Jimmy13.jpg
BP oil spill in Bay Jimmy14.jpg
BP oil spill in Bay Jimmy15.jpg
BP oil spill clean up01.jpg
BP oil spill clean up02.jpg
BP oil spill clean up03.jpg
BP oil spill clean up04.jpg
BP oil spill clean up06.jpg
BP oil spill clean up07.jpg
BP oil spill clean up08.jpg
BP oil spill clean up09.jpg
BP oil spill clean up10.jpg
BP oil spill clean up11.jpg, 9.1.10

BP oil spill clean up12.jpg
BP oil spill clean up13.jpg
BP oil spill clean up14.jpg
BP oil spill clean up15.jpg
BP oil spill clean up16.jpg
BP oil spill clean up17.jpg
BP oil spill clean up18.jpg
BP oil spill clean up19.jpg
BP oil spill clean up20.jpg
BP oil spill clean up21.jpg
BP oil spill clean up22.jpg
BP oil spill clean up23.jpg
BP oil spill clean up24.jpg
BP oil spill clean up25.jpg
BP oil spill clean up26.jpg
BP oil spill clean up27.jpg

BP oil spill clean up29.jpg
BP oil spill clean up30.jpg
BP oil spill clean up31.jpg
BP oil spill clean up32.jpg
BP oil spill clean up33.jpg
BP oil spill clean up34.jpg
BP oil spill clean up35.jpg
BP oil spill clean up36.jpg
BP oil spill clean up37.jpg
BP oil spill clean up38.jpg
BP oil spill clean up39.jpg
BP oil spill clean up40.jpg
BP oil spill clean up41.jpg
BP oil spill clean up42.jpg, 9.1.10

BP oil spill clean up43.jpg
BP oil spill clean up44.jpg
BP oil spill clean up46.jpg
BP oil spill clean up47.jpg
BP oil spill clean up48.jpg
BP oil spill clean up49.jpg
BP oil spill clean up50.jpg
BP oil spill clean up51.jpg
BP oil spill clean up52.jpg
BP oil spill clean up53.jpg
BP oil spill clean up54.jpg
BP oil spill clean up56.jpg
BP oil spill clean up57.jpg
BP oil spill clean up58.jpg
BP oil spill in Plaquemines Pa01.jpg
BP oil spill in Plaquemines Pa02.jpg
BP oil spill in Plaquemines Pa03.jpg
BP oil spill in Plaquemines Pa04.jpg
BP oil spill in Plaquemines Pa05.jpg
BP oil spill in Plaquemines Pa06.jpg
BP oil spill in Plaquemines Pa07.jpg
BP oil spill in Plaquemines Pa09.jpg
BP oil spill in Plaquemines Pa10.jpg
BP oil spill in Plaquemines Pa11.jpg
BP oil spill in Plaquemines Pa13.jpg
BP oil spill in Plaquemines Pa14.jpg
BP oil spill in Plaquemines Pa15.jpg
BP oil spill in Plaquemines Pa16.jpg
BP oil spill in Plaquemines Pa17.jpg
BP oil spill in Plaquemines Pa18.jpg, 9.1.10

BP oil spill clean up43.jpg
BP oil spill clean up44.jpg
BP oil spill clean up46.jpg
BP oil spill clean up47.jpg
BP oil spill clean up48.jpg
BP oil spill clean up49.jpg
BP oil spill clean up50.jpg
BP oil spill clean up51.jpg
BP oil spill clean up52.jpg
BP oil spill clean up53.jpg
BP oil spill clean up54.jpg
BP oil spill clean up56.jpg



BP oil spill clean up57.jpg
BP oil spill clean up58.jpg
BP oil spill in Plaquemines Pa01.jpg, 9.1.10

BP oil spill in Plaquemines Pa02.jpg
BP oil spill in Plaquemines Pa03.jpg
BP oil spill in Plaquemines Pa04.jpg
BP oil spill in Plaquemines Pa05.jpg
BP oil spill in Plaquemines Pa06.jpg
BP oil spill in Plaquemines Pa07.jpg
BP oil spill in Plaquemines Pa09.jpg
BP oil spill in Plaquemines Pa10.jpg
BP oil spill in Plaquemines Pa11.jpg
BP oil spill in Plaquemines Pa13.jpg
BP oil spill in Plaquemines Pa14.jpg
BP oil spill in Plaquemines Pa15.jpg
BP oil spill in Plaquemines Pa16.jpg
BP oil spill in Plaquemines Pa17.jpg
BP oil spill in Plaquemines Pa18.jpg
BP oil spill in Plaquemines Pa19.jpg
BP oil spill in Plaquemines Pa20.jpg
BP oil spill in Plaquemines Pa21.jpg
BP oil spill in Plaquemines Pa22.jpg
BP oil spill in Plaquemines Pa23.jpg, 9.1.10

BP oil spill in Plaquemines Pa24.jpg
BP oil spill in Plaquemines Pa25.jpg
BP oil spill in Plaquemines Pa26.jpg
BP oil spill in Plaquemines Pa27.jpg
BP oil spill in Plaquemines Pa28.jpg
BP oil spill in Plaquemines Pa29.jpg
BP oil spill in Plaquemines Pa30.jpg
BP oil spill in Plaquemines Pa31.jpg
BP oil spill in Plaquemines Pa32.jpg
BP oil spill in Plaquemines Pa33.jpg
BP oil spill in Plaquemines Pa34.jpg
BP oil spill in Plaquemines Pa35.jpg
BP oil spill in Plaquemines Pa36.jpg
BP oil spill in Plaquemines Pa37.jpg
BP oil spill in Plaquemines Pa38.jpg
BP oil spill in Plaquemines Pa39.jpg
BP oil spill in Plaquemines Pa40.jpg
BP oil spill in Plaquemines Pa41.jpg, 9.1.10

BP oil spill in Plaquemines Pa42.jpg
BP oil spill in Plaquemines Pa43.jpg
BP oil spill in Plaquemines Pa44.jpg
BP oil spill in Plaquemines Pa45.jpg
BP oil spill in Plaquemines Pa46.jpg
BP oil spill in Plaquemines Pa47.jpg
BP oil spill in Plaquemines Pa49.jpg
BP oil spill in Plaquemines Pa50.jpg
BP oil spill in Plaquemines Pa51.jpg
BP oil spill in Plaquemines Pa52.jpg
BP oil spill in Plaquemines Pa53.jpg
BP oil spill in Plaquemines Pa54.jpg
BP oil spill in Plaquemines Pa55.jpg, 9.1.10

Danziger Bridge New Orleans01.jpg
Danziger Bridge New Orleans02.jpg
Danziger Bridge New Orleans03.jpg
Danziger Bridge New Orleans04.jpg
Danziger Bridge New Orleans05.jpg
Danziger Bridge New Orleans06.jpg
Danziger Bridge New Orleans07.jpg
Danziger Bridge New Orleans08.jpg
Danziger Bridge New Orleans09.jpg
Danziger Bridge New Orleans10.jpg
Danziger Bridge New Orleans11.jpg
Danziger Bridge New Orleans12.jpg, 9.4.10

Lake Boeuf Wildlife01.jpg
Lake Boeuf Wildlife02.jpg
Lake Boeuf Wildlife03.jpg
Lake Boeuf Wildlife04.jpg, 9.5.10

20100905-IMG_3436-111-Edit.jpg
BP oil spill Grand Isle10.jpg
BP oil spill Grand Isle11.jpg
BP oil spill Grand Isle41.jpg
BP oil spill Grand Isle42.jpg
BP oil spill Grand Isle44.jpg
BP oil spill Grand Isle45.jpg
BP oil spill Grand Isle46.jpg
BP oil spill Grand Isle47.jpg
BP oil spill Grand Isle48.jpg
BP oil spill Grand Isle49.jpg
BP oil spill Grand Isle50.jpg
BP oil spill Grand Isle51.jpg
BP oil spill Grand Isle52.jpg
BP oil spill Grand Isle53.jpg
BP oil spill Grand Isle54.jpg
BP oil spill Grand Isle55.jpg
BP oil spill Grand Isle56.jpg
BP oil spill Grand Isle57.jpg
BP oil spill Grand Isle58.jpg
BP oil spill Grand Isle60.jpg
BP oil spill Grand Isle61.jpg
BP oil spill Grand Isle62.jpg
BP oil spill Grand Isle63.jpg
BP oil spill Grand Isle64.jpg, 9.7.10

BP oil spill Grand Isle65.jpg
BP oil spill Grand Isle66.jpg
BP oil spill Grand Isle67.jpg
BP oil spill Grand Isle68.jpg
BP oil spill Grand Isle69.jpg, 9.7.10

121622_One.jpg
121751_Two.jpg
121805_Three.jpg
121850_Four.jpg
123015_Six.jpg
123043_Seven.jpg
123249_Eight.jpg
123315_Nine.jpg



123349_Ten.jpg
123728_Eleven.jpg
123756_Twelve.jpg
123830_Thirteen.jpg
123850_Fourteen.jpg
123920_Fifteen.jpg
123956_Sixteen.jpg
124038_Seventeen.jpg
124104_Eighteen.jpg
124127_Nineteen.jpg
124156_Twenty.jpg
124227_Twenty_One.jpg, 9.10.10

Brad Pitt01.jpg
Brad Pitt02.jpg
Brad Pitt18.jpg
Brad Pitt19.jpg
Brad Pitt20.jpg
Brad Pitt21.jpg
Brad Pitt22.jpg
Brad Pitt23.jpg
IMG_1373.jpg
IMG_1568.jpg
IMG_1575.jpg
IMG_1595.jpg
IMG_1651.jpg
IMG_1770.jpg
IMG_1838.jpg
Make it Right New Orleans06.jpg, 9.15.10

Spike Lee05.jpg
Spike Lee06.jpg
Spike Lee08.jpg, 9.15.10

BP oil spill Grand Isle59.jpg
Fish Kill After BP oilspill01.jpg
Fish Kill After BP oilspill02.jpg
Fish Kill After BP oilspill03.jpg
Fish Kill After BP oilspill04.jpg
Fish Kill After BP oilspill05.jpg
Fish Kill After BP oilspill06.jpg
Fish Kill After BP oilspill07.jpg
Fish Kill After BP oilspill08.jpg
Fish Kill After BP oilspill09.jpg
Fish Kill After BP oilspill10.jpg
Fish Kill After BP oilspill11.jpg
Fish Kill After BP oilspill12.jpg
Fish Kill After BP oilspill13.jpg
Fish Kill After BP oilspill14.jpg
Fish Kill After BP oilspill15.jpg
Fish Kill After BP oilspill16.jpg
Fish Kill After BP oilspill17.jpg
Fish Kill After BP oilspill18.jpg, 9.19.10

2010.jpg
Fresh Shrimp01.jpg
New Orleans food poor boy.jpg
New Orleans food14.jpg

New Orleans food15.jpg
New Orleans food16.jpg, 10.16.10

Louisiana Wetalnds Landscape -71.jpg
Louisiana Wetalnds Landscape -72.jpg
Louisiana Wetalnds Landscape -73.jpg
Louisiana Wetalnds Landscape -74.jpg
Louisiana Wetalnds Landscape -89.jpg
Louisiana Wetalnds Landscape -90.jpg
Louisiana Wetalnds Landscape -98.jpg, 10.8.10

034919_IMG_7999-Edit_2.jpg
035431_N0000279.CR2-Edit.jpg
035747_IMG_8141-Edit_2.jpg
040459_N0000031.jpg
040644_IMG_8184.jpg
040937_N0000233.CR2-Edit_2.jpg
041552_IMG_8157.jpg
042106_IMG_8192.jpg
042425_IMG_8251_2.jpg
043343_N0000132.jpg
044402_IMG_9615-Edit_2.jpg
044719_IMG_7990-Edit_2.jpg, 10.27.10

Tea Pary Rally NY StateIMG_8229.jpg, 10.27.10

024515_IMG_9460.jpg
024642_IMG_9505.jpg
025126_IMG_9144_2.jpg
025244_IMG_9141_2.jpg
025724_IMG_9081_2.jpg
025812_IMG_0404_2.jpg
030025_IMG_0075_2.jpg
030236_IMG_9946_2.jpg
030514_IMG_9582.jpg
030616_IMG_9557.jpg
030722_IMG_9537.jpg
030922_IMG_9519.jpg
032019_IMG_9295.jpg
032156_IMG_9248.jpg
032309_IMG_9949.jpg
032417_IMG_0778.jpg
032557_IMG_9577.jpg
032643_IMG_0623.jpg
Jon Stewart Jon Stewart Restore Sanity -04.jpg
Jon Stewart Restore Sanity -01.jpg
Jon Stewart Restore Sanity -02.jpg
Jon Stewart Restore Sanity -03.jpg
Jon Stewart Restore Sanity -06.jpg
Jon Stewart Restore Sanity -07.jpg
Jon Stewart Restore Sanity -08.jpg
Jon Stewart Restore Sanity -09.jpg
Jon Stewart Restore Sanity -10.jpg
Jon Stewart Restore Sanity -11.jpg
Jon Stewart Restore Sanity -12.jpg
Jon Stewart Restore Sanity -13.jpg
Jon Stewart Restore Sanity -14.jpg, 10.31.10

Jon Stewart Restore Sanity -15.jpg
Jon Stewart Restore Sanity -16.jpg
Jon Stewart Restore Sanity -17.jpg
Jon Stewart Restore Sanity -18.jpg
Jon Stewart Restore Sanity -19.jpg
Jon Stewart Restore Sanity -20.jpg
Jon Stewart Restore Sanity -21.jpg
Jon Stewart Restore Sanity -22.jpg
Jon Stewart Restore Sanity -23.jpg
Jon Stewart Restore Sanity -24.jpg
Jon Stewart Restore Sanity -25.jpg
Jon Stewart Restore Sanity -26.jpg, 10.31.10

Steve Colbert Jon Stewart Restore Sanity -05.jpg, 10.31.10

021305_IMG_2258.jpg
021536_IMG_2334.jpg
022132_IMG_2840.jpg
022335_IMG_2913.jpg
022415_IMG_3026.jpg
023353_IMG_3364.jpg
023545_IMG_3809.jpg
023659_IMG_3962.jpg
Haiti elections post quake01.jpg
Haiti elections post quake02.jpg
Haiti elections post quake03.jpg
Haiti elections post quake04.jpg
Haiti elections post quake05.jpg, 11.29.10

045801_image_021.jpg
050239_image_020.jpg
050442_image_027.jpg
050852_image_022.jpg
051016_image_025.jpg
051143_image_026.jpg
051301_image_030.jpg
051548_image_017.jpg
053821_IMG_4265.jpg
054150_IMG_6185.jpg
054319_IMG_6153.jpg
054625_IMG_5598.jpg
After the Earthquake03.jpg
Child with Cholera IMG_4862.jpg
Haiti after the Earthquake03.jpg
Haiti after the Earthquake04.jpg
Haiti Cholera Outbreak01.jpg
Haiti Cholera Outbreak02.jpg
Haiti Cholera Outbreak03.jpg
Haiti Cholera Outbreak04.jpg
Haiti Cholera Outbreak05.jpg
Haiti Cholera Outbreak06.jpg
Haiti Cholera Outbreak07.jpg
Haiti Cholera Outbreak08.jpg
Haiti Cholera Outbreak09.jpg
Haiti Cholera Outbreak10.jpg
Haiti Cholera Outbreak100.jpg
Haiti Cholera Outbreak11.jpg
Haiti Cholera Outbreak12.jpg

Haiti Cholera Outbreak13.jpg
Haiti Cholera Outbreak14.jpg, 12.11.10

045801_image_021.jpg
050239_image_020.jpg
050442_image_027.jpg
050852_image_022.jpg
051016_image_025.jpg
051143_image_026.jpg
051301_image_030.jpg
051548_image_017.jpg
053821_IMG_4265.jpg
054150_IMG_6185.jpg
054319_IMG_6153.jpg
054625_IMG_5598.jpg
After the Earthquake03.jpg
Child with Cholera IMG_4862.jpg
Haiti after the Earthquake03.jpg
Haiti after the Earthquake04.jpg
Haiti Cholera Outbreak01.jpg
Haiti Cholera Outbreak02.jpg
Haiti Cholera Outbreak03.jpg
Haiti Cholera Outbreak04.jpg
Haiti Cholera Outbreak05.jpg
Haiti Cholera Outbreak06.jpg
Haiti Cholera Outbreak07.jpg
Haiti Cholera Outbreak08.jpg
Haiti Cholera Outbreak09.jpg
Haiti Cholera Outbreak10.jpg
Haiti Cholera Outbreak100.jpg
Haiti Cholera Outbreak11.jpg
Haiti Cholera Outbreak12.jpg
Haiti Cholera Outbreak13.jpg
Haiti Cholera Outbreak14.jpg, 12.11.10

Haiti Cholera Outbreak42.jpg
Haiti Cholera Outbreak43.jpg
Haiti Cholera Outbreak44.jpg
Haiti Cholera Outbreak45.jpg
Haiti Cholera Outbreak46.jpg
Haiti Cholera Outbreak47.jpg
Haiti Cholera Outbreak48.jpg
Haiti Cholera Outbreak49.jpg
Haiti Cholera Outbreak50.jpg
Haiti Cholera Outbreak51.jpg
Haiti Cholera Outbreak52.jpg
Haiti Cholera Outbreak53.jpg
Haiti Cholera Outbreak54.jpg
Haiti Cholera Outbreak55.jpg
Haiti Cholera Outbreak56.jpg
Haiti Cholera Outbreak57.jpg
Haiti Cholera Outbreak58.jpg
Haiti Cholera Outbreak59.jpg
Haiti Cholera Outbreak60.jpg
Haiti Cholera Outbreak61.jpg
Haiti Cholera Outbreak62.jpg
Haiti Cholera Outbreak63.jpg
Haiti Cholera Outbreak64.jpg



Haiti Cholera Outbreak65.jpg
Haiti Cholera Outbreak66.jpg
Haiti Cholera Outbreak67.jpg
Haiti Cholera Outbreak68.jpg
Haiti Cholera Outbreak69.jpg
Haiti Cholera Outbreak70.jpg
Haiti Cholera Outbreak71.jpg, 12.11.10

Haiti Cholera Outbreak72.jpg
Haiti Cholera Outbreak73.jpg
Haiti Cholera Outbreak74.jpg
Haiti Cholera Outbreak75.jpg
Haiti Cholera Outbreak76.jpg
Haiti Cholera Outbreak77.jpg
Haiti Cholera Outbreak78.jpg
Haiti Cholera Outbreak79.jpg
Haiti Cholera Outbreak80.jpg
Haiti Cholera Outbreak81.jpg
Haiti Cholera Outbreak82.jpg
Haiti Cholera Outbreak83.jpg
Haiti Cholera Outbreak84.jpg
Haiti Cholera Outbreak85.jpg
Haiti Cholera Outbreak86.jpg
Haiti Cholera Outbreak87.jpg
Haiti Cholera Outbreak88.jpg
Haiti Cholera Outbreak89.jpg
Haiti Cholera Outbreak90.jpg
Haiti Cholera Outbreak91.jpg
Haiti Cholera Outbreak92.jpg
Haiti Cholera Outbreak93.jpg
Haiti Cholera Outbreak94.jpg
Haiti Cholera Outbreak95.jpg
Haiti Cholera Outbreak96.jpg
Haiti Cholera Outbreak97.jpg
Haiti Cholera Outbreak98.jpg
Haiti Cholera Outbreak99.jpg, 12.11.10

IMG_1725.jpg
IMG_1883.jpg
IMG_8200.jpg
IMG_8217.jpg, 12.24.10

5311334177_8a0a5fedb4_o.jpg
5311334223_93f2e3747c_o.jpg
5311334247_0e6f4e7ec4_o.jpg
5311926526_9926ddb858_o.jpg
5311926542_b86bf4b90d_o.jpg
5311926572_c46dd84758_o.jpg
5312293497_715cf174b7_o.jpg
5312832068_433e717c82_o.jpg
5312832110_3e811415eb_o.jpg
5312852722_df5fc4245c_o.jpg
5312882820_ee4e057646_o.jpg, 12.31.10

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 22, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Dermansky
- **Author Created:** photograph
- **Work made for hire:** No
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Dermansky
2357 Cours Carson Street, Mandeville, LA, 70448, United States

## Certification

**Name:** Richard Liebowitz
**Date:** November 27, 2017



**Registration #:** VA0002078327
**Service Request #:** 1-6043058161

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

