# Exhibit C

MORRIS BART, LLC

400+ Reviews

FREE CASE EVALUATION (#)

Tammy Conrad Holmes

a month ago

erience... Rod James was very professional, explained everything to me in detail and I would recommend him and Morris Bart to my family and friends every time.

re Google reviews (https://www.google.com/search?q=Morris+Bart%2C+LLC+601+Poydras+Street%2C+Floor+24%2C+New+Orleans%2C+LA+70130%2C+United+States&oq=Morris+Bart%2C+LLC+601+Poydras+Street%2C+Floor+24%2C+New+Orleans%2C+LA+70130%2C+United+Sta 8#lrd=0x8620a6754be1ce11:0xe910adb106e293ce,1)

See real case results (/results/)

Home (https://www.morrisbart.com/) » Blog (https://www.morrisbart.com/blog/) » Local Events (https://www.morrisbart.com/category/local-events/) » New Orleans Mardi Gras: An Unofficial Guide to Common Sense & Not Getting Arrested

# New Orleans Mardi Gras: An Unofficial Guide to Common Sense & Not Getting Arrested

Posted on: February 14, 2019 / Author: Desmonde Bennett

During Carnival Season, the lines of social acceptability are blurred—frosted King Cake is suddenly a healthy breakfast food, “getting caught in a parade” is a legitimate reason to be late to work, and dancing is appropriate almost all the time. People in New Orleans embrace this festive time, working every year to make even wilder costumes, catch even better throws, and throw an even bigger party.

WORK WITH THE BEST

PERSONAL INJURY LAWYERS

If you’ve been injured in an accident, it is imperative that you surround yourself with the best legal care as soon as possible. Fill out the form below to get started for free.

First Name *

Last Name *

Online Agent

Phone Number *



Email *

Description *

SUBMIT FREE CASE REVIEW

CALL US 24/7 • 800-537-8185 (TEL:800-537-8185)

REQUEST A FREE CASE CONSULTATION (#)

FIND AN OFFICE NEAR YOU (/AREAS-WE-SERVE/)

For some, Festival truly is the time of year to wonder how far you can push the line. If Mardi Gras 2019 has you wondering what will definitely get you arrested, what might get you arrested, and what is just common sense during Mardi Gras, here's your guide!

## DID YOU KNOW: Why is it called King Cake?

> *Mardi Gras begins on "Twelfth Night," which is known to Christians as the "Epiphany," the day Jesus first showed himself to the world. The baby placed inside the king cake is a symbol of this tradition.*

## What will definitely get you arrested during Mardi Gras?

Nearly anyone who has experienced Mardi Gras for the first time has also heard this warning: "Don't get arrested because if you do you're not getting out until after Fat Tuesday." While the New Orleans Police Department has an unofficial policy of not making arrests during Mardi Gras unless they are necessary, it's always a good idea to do everything you can to avoid being arrested.

## CATEGORIES

Car Accidents (Https://Www.Morrisbart.Com/Categoı Accidents/)

Company News (Https://Www.Morrisbart.Com/Categoı News/)

Dangerous Drugs (Https://Www.Morrisbart.Com/Categoı Drugs/)

Defective Products (Https://Www.Morrisbart.Com/Categoı Products/)

DUI (Https://Www.Morrisbart.Com/Categoı

Online Agent

This isn't a complete list, but during Mardi Gras in New Orleans these things will definitely earn you a free ride in a squad car:

## Nudity

Contrary to popular culture, Mardi Gras is a very family friendly tradition. We won't speak for the blind eye that might be turned on Bourbon Street (https://www.neworleans.com/plan/streets/bourbon-street/), but nudity is strictly prohibited along the parade route. The good news is all you need to do is show up to get your Mardi Gras beads, so make sure you and your friends keep your clothes on.

## Non-Nudity Clothing Options

> *Perlis (https://www.perlis.com/): for the preppy parade goer!*
>
> *Dirty Coast: for the creative carnival clans!*

## Public Intoxication

You are absolutely allowed to consume alcohol in public during Mardi Gras, but you are still required to do so responsibly. If an officer determines that you might be a danger to yourself or others, you'll be arrested and/or sent to a hospital for medical treatment.

## ting

(https://www.morrisbart.com/)
ABOUT (HTTPS://WWW.MORRISBART.COM/ABOUT/)
PRACTICE AREAS (HTTPS://WWW.MORRISBART.COM/PRACTICE-AREAS/)
AREAS WE SERVE (HTTPS://WWW.MORRISBART.COM/AREAS-WE-SERVE/)
RESOURCES (/RESOURCES/)
CONTACT (/CONTACT/)

Special ordinances prohibit carrying a firearm along the parade route. Responsible gun owners also know that carrying a gun while you're drinking is against the law no matter where you are (https://www.atf.gov/firearms/state-laws-and-published-ordinances-firearms-34th-edition).

## Hitting a Police Horse

It's not unusual to want to pet a police horse when you spot one peacefully standing amidst the chaos, keeping order from above. But you have to ask first and you have to be respectful. If you hit or otherwise agitate a police horse, you will be arrested. To be safe, you should assume that the same rule applies to hitting or agitating police officers as well.

Family Insurance (Https://Www.Morrisbart.Com/Categor Insurance/)

Hernia Mesh (Https://Www.Morrisbart.Com/Categor Mesh/)

Insurance Claims (Https://Www.Morrisbart.Com/Categor Claims/)

Legal News (Https://Www.Morrisbart.Com/Categor News/)

Legal Tips (Https://Www.Morrisbart.Com/Categor Tips/)

Local Events (Https://Www.Morrisbart.Com/Categor Events/)

Mirena IUD (Https://Www.Morrisbart.Com/Categor Iud/)

Motorcycle Accidents

FREE CONSULTATION
800-537-8185
(tel:800-537-8185)
Available 24/7 365Days
Se Habla Espanol
(https://www.morrisbart.com/es/)

Offshore Injury And Jones Act Accident (Https://Www.Morrisbart.Com/Categor Injury-And-Jones-Act-Accident/)

Pedestrian Accidents (Https://Www.Morrisbart.Com/Categor Accidents/)

Personal Injury (Https://Www.Morrisbart.Com/Categor Injury/)

Plavix And Pradaxa (Https://Www.Morrisbart.Com/Categor And-Pradaxa/)

Risperdal (Https://Www.Morrisbart.Com/Categor

Roundup (Glyphosate) (Https://Www.Morrisbart.Com/Categor

Online Agent



For a free legal consultation, call 800-537-8185 (tel:800-537-8185)

## What might get you arrested during Mardi Gras?

Even if you aren't assaulting police horses while drunk in public, you should keep in mind that during New Orleans Mardi Gras police will also be enforcing all the normal laws that we follow the rest of the year. This includes rules about underage drinking, public urination, and driving under the influence. Here are a few things that might get you arrested during Mardi Gras:

### Interfering with the parade

Dancing with the 610 Stompers (https://610stompers.com/) while the parade is stopped is one thing, but dancing alongside a high school marching band as it passes by is entirely another. Likewise, you shouldn't approach a float while the parade is moving. Not only can this get you in trouble, but you can also be hurt by massive floats that can't stop on a dime.

### Roping off your parade spot or moving someone else's

#KreweOfChad (https://www.nola.com/gambit/events/article_a4f7124b-59f8-5dea-b1c1-adee4125c272.html) (hashtag c/o Dirty Coast (https://dirtycoast.com/))

This might be one of the most debated points of Mardi Gras etiquette. As tempting as it might be to try to claim your spot along the route days ahead of time, in New Orleans this is discouraged. Yes, people still do it but that doesn't make it okay. Many people don't know that there is actually a ban on roping off spots in the public right of way.

Glyphosate/)

Safety Tips (Https://Www.Morrisbart.Com/Categor Tips/)

Slip And Fall And Premises Liability (Https://Www.Morrisbart.Com/Categor Fall-And-Premises-Liability/)

Takata Airbag Recall (Https://Www.Morrisbart.Com/Categor Airbag-Recall/)

Talcum Powder Lawsuit (Https://Www.Morrisbart.Com/Categor Powder-Lawsuit/)

Truck Accidents (Https://Www.Morrisbart.Com/Categor Accidents/)

Workers' Compensation (Https://Www.Morrisbart.Com/Categor Compensation/)

Wrongful Death (Https://Www.Morrisbart.Com/Categor Death/)

RECENT BLOG POSTS

DRUNK DRIVING ACCIDENTS DURING FESTIVAL SEASON

(https://www.morrisbart.com/blog/drunk-driving-accidents-during-festival-season/)

TOP TIPS FOR DEALING WITH A CAR ACCIDENT

Online Agent

That being said, if you find an unattended spot when you arrive to the route you also aren't allowed to start moving things. Not only is the spot likely being watched by someone nearby, but tampering with someone else's things is also frowned upon by law enforcement.

Once the parade gets going, personal items should be kept six feet back from the curb, including ladders. Sure people will violate this rule, but like claiming your spot ahead of time that doesn't make it okay. Standing back allows everyone a fair shot at catching throws and it also protects people if a float jumps the curb.

(https://www.morrisbart.com/blog/top-tips-for-dealing-with-a-car-accident/)

LOSS OF USE, TOTAL LOSS, AND DIMINISHED VALUE CLAIMS

(https://www.morrisbart.com/blog/loss-of-use-total-loss-and-diminished-value-claims/)

## Returning to a bar after you've been kicked out

Sometimes things just don't work out. If you've been asked to leave an establishment coming back later can get you arrested. Even in a business that's open to the public, once you've been told to go you will be trespassing if you return.

## Carrying a glass container

Sure being "green" is trendy, so why should you have to transfer alcohol from the glass container you purchased it in to a second plastic container? It might not be the greenest option but it keeps people safe along the route. Parades get crowded, bottles get dropped, and people fall down. Removing glass from the equation isn't just common sense, in New Orleans it's the law. (https://library.municode.com/la/new_orleans/codes/code_of_ordinances?nodeId=PTIICO_CH54CRCO_ARTVIOFAFPUGE_DIV4OFAGGEPEOR#PTIICO_CH54CRCO_A404CAOPGLCOPRCEAR)

## Not respecting authority

At the end of the day, **RESPECT THE AUTHORITIES**. Law enforcement has a tough job during Mardi Gras. If you encounter an officer along the parade route just be respectful. Even if you're caught breaking a law, stopping what you're doing immediately and being courteous can go a long way in avoiding a Mardi Gras arrest.

FIND YOURSELF A PASSIONATE LAWYER NOW!

- Ocean Springs Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Ocean-Springs-Personal-Injury-Lawyer/)
- LaPlace Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Laplace-Personal-Injury-Lawyer/)
- Algiers Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Areas-We-Serve/Algiers-Personal-Injury-Lawyer/)
- Lake Charles Personal Injury Lawyer Near Me

Online Agent

## FACT CHECK: Why did Mardi Gras start?

> *The history of Mardi Gras in New Orleans as we know it developed as a celebration of the indulgence and debauchery that often occurs the day before Ash Wednesday, when the sacrifices of Lent begin.*

## What is just plain *common sense* during Mardi Gras?

Even if you stay out of jail, there are a few more things you can do to make sure Mardi Gras 2019 is the best Carnival yet. Here are a few points of Mardi Gras common sense:

## Never reach over someone for a throw.

Especially a kid. Seriously, just don't do it. If a rider wants to throw you one of the "big" throws, they'll go out of their way to make eye contact with you and signal that this throw is for you. Until that happens, raise your arms and yell "throw me something mister!" There are plenty of Mardi Gras beads to go around.

If you happen to catch something intended for someone else, hand it over. Carnival karma will reward you later (https://www.npr.org/2006/03/01/5239877/zulu-coconuts-a-prized-catch).

O[illegible] Mardi Gras beads are on the ground, don't pick them up and put them around your [illegible]'s an unofficial Mardi Gras tradition that you shouldn't wear beads that have fallen. Maybe because it's bad luck . . . or maybe because the ground during Mardi Gras is unsanitary, and that's putting it nicely.

## Plan your routes, parking, and phone charging.

Parade routes will shut down traffic and make parking difficult. Before you head out to the parade, make a plan for how you will get there and where you will park. Unless you have a pass, vehicles are not allowed in the French Quarter during Mardi Gras weekend.

## Parade tracker apps

> *Mardi Gras parade chaos got you down? WDSU (https://www.wdsu.com/article/download-wdsu-parade-tracker-for-iphone-android-and-track-parades-this-carnival-season/3374845) and WWL both have fantastic phone apps with live maps and parade times.*

Parking is also restricted along both sides of St. Charles, Napoleon, and many other main thoroughfares. Violations that normally would only warrant a parking ticket can get you towed during Mardi Gras, so make sure you follow parking signs for fire hydrants, handicapped spots, etc.

When you finally find a spot, drop a pin in your phone and make sure your friends know where you are and when you all plan to return. Parading can take all day, so you'll want to bring a cell phone charger or memorize someone's phone number in case you only get one call.

(Https://Www.Morrisbart.Com/Lake-Charles-Personal-Injury-Lawyer/)

New Orleans Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/New-Orleans-Personal-Injury-Lawyer/)

Waveland Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Wavela Personal-Injury-Lawyer/)

Little Rock Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Little-Rock-Personal-Injury-Lawyer/)

Bossier City Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Bossier-City-Personal-Injury-Lawyer/)

Alexandria Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Alexand Personal-Injury-Lawyer/)

Lafayette Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Lafayet Personal-Injury-Lawyer/)

Gulfport Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Gulfpor Personal-Injury-Lawyer/)

Mobile Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Mobile-Personal-Injury-Lawyer/)

Pass Christian Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Pass-Christian-Personal-Injury-Lawyer/)

Bay St. Louis Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Bay-St-Louis-Personal-Injury-Lawyer/)

Online Agent

Shreveport Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Shrevep Personal-Injury-Lawyer/)

## Consider your bathroom options.

There are a few public restrooms along the route but businesses will be watching intently for people trying to sneak in to use the facilities. If you want to avoid the long lines, plan to spend some money at businesses throughout the day or consider one of the organizations that offers day-long or single-use bathroom passes. Remember, public urination is illegal 365 days a year.

### Were you in a Mardi Gras accident?

Although not getting arrested is very important, the number one rule of Mardi Gras is to have fun! But we know that accidents can happen anytime, even during Carnival.

If you were in injured in a Mardi Gras accident, contact us for a free case evaluation. We work on a contingency-fee basis. An experienced attorney at Morris Bart will assist you in the evaluation process. Initial consultations are **free**. We have office locations throughout Louisiana, Mississippi, Alabama, and Arkansas. Call us at 1-800-537-8185 (tel:+18005378185) today!

*Questions?*

**Call 800-537-8185 (tel:800-537-8185)**

**to find a Morris Bart office near you.**

## Local Events Blog Posts:

🏆 Layla Valteau Wins 2019 Spring Bling! (https://www.morrisbart.com/blog/spring-bling-2019/)
Tuxedos, sparkling dresses, afterparties, and some of the most memorable experiences you'll ever create in your life - oh the tales of prom season! High School prom night is a sentimental milestone

New Orleans Sista Strut 2021 (https://www.morrisbart.com/blog/new-orleans-sista-strut-2021/)
Sista Strut is a national walk to heighten breast cancer awareness in women of color. African American women are more likely to be diagnosed with larger tumors and have a higher death rate from breast

UNCF 32nd Anniversary New Orleans Walk for Education (https://www.morrisbart.com/blog/uncf-walk-for-education-2019/)

Long Beach Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Long-Beach-Personal-Injury-Lawyer/)

Prairieville Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Prairiev Personal-Injury-Lawyer/)

Destrehan Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Destreh Personal-Injury-Lawyer/)

Monroe Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Monroe Personal-Injury-Lawyer/)

Gautier Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Gautier Personal-Injury-Lawyer/)

Athens Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Athens-Personal-Injury-Lawyer/)

Luling Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Luling-Personal-Injury-Lawyer/)

Metairie Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Metairi Personal-Injury-Lawyer/)

Gretna Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Gretna-Personal-Injury-Lawyer/)

Birmingham Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Birmin Personal-Injury-Lawyer/)

Mandeville Personal Injury Lawyer Near Me (Https://Www.Morr Online Agent /Mandev Personal-Injury-Lawyer/)

D'Iberville Personal Injury Lawyer Near Me

Earlier this month, individuals and teams laced up their running shoes for a great cause, participating in the UNCF 32nd Anniversary New Orleans Walk for Education. As a proud sponsor of the 5K Walk

A Very Crescent City Christmas: A Holiday Event Guide (https://www.morrisbart.com/blog/new-orleans-christmas-guide/)
Christmas in the Crescent City — The Most Wonderful Time of the Year! Most people don't think of the New Orleans when it comes to their holiday planning, but the Big Easy has a huge assortment of

(Https://Www.Morrisbart.Com/Diberv
Personal-Injury-Lawyer/)

Pascagoula Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Pascag
Personal-Injury-Lawyer/)

Diamondhead Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Diamo
Personal-Injury-Lawyer/)

Montgomery Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Montg
Personal-Injury-Lawyer/)

Covington Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Coving
Personal-Injury-Lawyer/)

Slidell Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Slidell-Personal-Injury-Lawyer/)

Hoover Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Hoover
Personal-Injury-Lawyer/)

Texarkana Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Texark
Personal-Injury-Lawyer/)

Huntsville Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Hunts
Personal-Injury-Lawyer/)

Moss Point Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Moss-Point-Personal-Injury-Lawyer/)

Biloxi Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Biloxi-Personal-Injury-Lawyer/)

Hattiesburg Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Hatties
Personal-Injury-Lawyer/)

Online Agent

Baton Rouge Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Baton-Rouge-Personal-Injury-Lawyer/)

Kenner Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Kenner Personal-Injury-Lawyer/)

Houma Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Houma Personal-Injury-Lawyer/)

Fayetteville Personal Injury Lawyer Near Me (Https://Www.Morrisbart.Com/Fayette Personal-Injury-Lawyer/)

## Follow Us

Follow us on social media for legal tips, Morris Bart company culture, and law updates.

(https://www.[illegible]

# Request A Free Case Evaluation

## One Click or Call, That's All

Simply fill out the form below, and one of our experienced attorneys will give you real options for how best to move forward with your case. No obligation. We are here to help you get the compensation you deserve.

Online Agent

**First Name***

**Phone Number***

**Last Name***

**Email***

**Case Description***

YES! PLEASE EVALUATE MY CASE FOR FREE!

## NAVIGATION

HOME (/)

ABOUT US (HTTPS://WWW.MORRISBART.COM/ABOUT/)

AREAS WE SERVE (HTTPS://WWW.MORRISBART.COM/AREAS-WE-SERVE/)

CASE RESULTS (HTTPS://WWW.MORRISBART.COM/RESULTS/)

TESTIMONIALS (HTTPS://WWW.MORRISBART.COM/TESTIMONIALS/)

CAREERS (HTTPS://WWW.MORRISBART.COM/CAREERS/)

ARTICLES (HTTPS://WWW.MORRISBART.COM/BLOG/)

ANTI-DISTRACTED DRIVING SCHOLARSHIP (HTTPS://WWW.MORRISBART.COM/ABOUT/SCHOLARSHIPS/ANTI-DISTRACTED-DRIVING-SCHOLARSHIP/)

COMMUNITY SERVICE SCHOLARSHIP (HTTPS://WWW.MORRISBART.COM/ABOUT/SCHOLARSHIPS/COMMUNITY-SERVICE-SCHOLARSHIP/)

EMPLOYEES ACCESS (HTTPS://WWW.MORRISBART.COM/EMPLOYEES-ACCESS-PAGE/)

CONTACT US (HTTPS://WWW.MORRISBART.COM/CONTACT/)

## PRACTICE AREAS

CAR ACCIDENTS (/AREAS-WE-SERVE/NEW-ORLEANS-LA/CAR-ACCIDENT-LAWYER/)

DUI & DWI ACCIDENTS (/AREAS-WE-SERVE/NEW-ORLEANS-LA/CAR-ACCIDENT-LAWYER/DUI/)

MOTORCYCLE ACCIDENTS (/AREAS-WE-SERVE/NEW-ORLEANS-LA/MOTORCYCLE-ACCIDENT-LAWYER/)

PEDESTRIAN ACIDENTS (/AREAS-WE-SERVE/NEW-ORLEANS-LA/PEDESTRIAN-ACCIDENT-LAWYER/)

TRUCK ACCIDENTS (/AREAS-WE-SERVE/NEW-ORLEANS-LA/TRUCK-ACCIDENT-LAWYER/)

MEDICAL MALPRACTICE (/AREAS-WE-SERVE/NEW-ORLEANS

Online Agent

MEDICAL MALPRACTICE (/AREAS-WE-SERVE/NEW-ORLEANS-LA/MEDICAL-MALPRACTICE-LAWYER/)

OFF-SHORE INJURY & JONES ACT ACCIDENTS (/AREAS-WE-SERVE/NEW-ORLEANS-LA/OFFSHORE-INJURY-AND-JONES-ACT-ACCIDENT-LAWYER/)

SLIP & FALL AND PREMISES LIABILITY (/AREAS-WE-SERVE/NEW-ORLEANS-LA/SLIP-FALL-AND-PREMISES-LIABILITY-LAWYER/)

WORKER'S COMPENSATION (/AREAS-WE-SERVE/NEW-ORLEANS-LA/WORKERS-COMPENSATION-LAWYER/)

CLASS ACTION & MASS TORT (/AREAS-WE-SERVE/NEW-ORLEANS-LA/CLASS-ACTION-AND-MASS-TORT-LAWYER/DANGEROUS-DRUG/)

OTHER CASE TYPES (/PRACTICE-AREAS/)

800-537-8185 (tel:800-537-8185)

© 2022 MORRIS BART ATTORNEYS AT LAW - ALL RIGHTS RESERVED |
SITEMAP (/SITEMAP/) | PRIVACY POLICY (/PRIVACY-POLICY/)

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.

Online Agent