**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JULIE DERMANSKY**                                   **CIVIL ACTION**

**VERSUS**                                                        **NO. 24-105**

**MORRIS BART L.L.C.**                             **SECTION: "O"**

## RECUSAL ORDER

The undersigned U.S. District Judge recuses himself from handling the above-captioned case. Accordingly,

**IT IS ORDERED** that the above-captioned matter be re-allotted to another section of this Court pursuant to 28 U.S.C. § 455(a).

New Orleans, Louisiana, this 12th day of January, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

January 16, 2024
REALLOTTED TO
**SECT. A**